**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**In re: ALLISON NICOLE LAMB, Debtor**                    Case No. 5:25-bk-72184
                                                                                     **Chapter 7**


**DART SUPPLEMENT SOLUTIONS, LLC**                           **PLAINTIFF**


**v.**                                    **5:26-ap-07005**


**ALLISON NICOLE LAMB**                                          **DEFENDANT**


**ORDER DENYING MOTION FOR ENTRY OF DEFAULT AND ORDERING**
**PLAINTIFF TO RETAIN AN ATTORNEY WITHIN 30 DAYS**

Before the Court is the above-captioned adversary proceeding filed on January 8, 2026, by plaintiff Dart Supplement Solutions, LLC [DSS].   On February 17, 2026, defendant Allison Nicole Lamb [Lamb] filed her answer to the complaint.   Also on February 17, DSS filed a motion for entry of default.   The Court held a telephonic hearing on the motion for entry of default on March 3, 2026.   For the reasons stated on the record and incorporated herein by reference under Federal Rule of Bankruptcy Procedure 7052, the Court denies the motion for entry of default.


Further, as the Court stated during the March 3 hearing, business entities may not appear pro se in federal court.   *See Rowland v. Cal. Men's Colony*, 506 U.S. 194, 201–02 (1993); *see also Kipp v. Royal & Sun Alliance Pers. Ins. Co.*, 209 F.Supp.2d 962, 963 (E.D. Wis. 2002) (whether an "LLC [is] characterized as a corporation, a partnership, or a hybrid, it may only appear in court through counsel.") (citation omitted).   Therefore, the Court orders DSS to retain an attorney to represent it in this adversary proceeding within 30 days of the date of the entry of this order.   **Should an attorney not enter an appearance for DSS within 30 days, the Court will dismiss this adversary proceeding.**


IT IS SO ORDERED.

_____
Honorable Bianca M. Rucker
United States Bankruptcy Judge
Dated: 03/03/2026

cc:     Dart Supplement Solutions, LLC, plaintiff
        Allison Nicole Lamb, debtor/defendant
        Stanley Bond, chapter 7 trustee
        United States Trustee