# Notice Recipients

District/Off: 0861–5      User: admin      Date Created: 3/3/2026

Case: 5:26–ap–07005      Form ID: pdf08Ac      Total: 4

**Recipients of Notice of Electronic Filing:**

intp      Stanley Bond      attybond@me.com
ust      U.S. Trustee (ust)      USTPRegion13.LR.ECF@usdoj.gov

              TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

pla      Dart Supplement Solutions, LLC      Attn: Susan Wilson–Teague      2408 SW Nottingham Ave      Bentonville, AR 72713
dft      Allison Nicole Lamb      8210 Hickory Tree Ln.      Rogers, AR 72756

              TOTAL: 2